UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE HOLLIN, ) <br> ) No. 24-cv-12584-IT <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL MCDONNELL, et al., ) <br> ) <br> Defendants ) <br> ) | |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that JOHN C. COYLE of Labaton Keller Sucharow LLP, hereby withdraws his appearance as counsel in the above-captioned action on behalf of Plaintiff Jonathan Blaufarb, as he is no longer employed by the Brown Law Firm, P.C. and therefore requests that he be removed from service of all future pleadings.

Dated: May 1, 2025

Respectfully submitted,

By: */s/ John C. Coyle*
John C. Coyle
Labaton Keller Sucharow LLP
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
Email: jcoyle@labaton.com

*Counsel for Plaintiff Jonathan Blaufarb*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2025, I caused the foregoing Notice of Withdrawal to be filed through the ECF system in the above-captioned action No. 24-cv-12584 and accordingly to be served electronically upon all registered participants identified on the Notice of Electronic Filing.

/s/ John C. Coyle
John C. Coyle